

**APF Insurance & Financial Services, Inc.**

**PUSH FORWARD**

January 19, 2022

The Honorable Judge Ruiz

Reference: Character Reference Letter for Damara Holness

Judge Ruiz, my name is Edward W. Phillips and I have been a friend of Damara's father, Dale V. Holness for over 30 plus years; way before we both became political elected officials. We were young community activities.

Damara seen to have inherited the drive and spirit to help, aid and to push forward movement of progress for herself and her community. I know this young lady personally and have over the years watched her grow. She is opinionated, spirited, empathetic and caring to others and for the most part an independent thinker. Her skills are many and she is a smart young lady for the most part.

You may have noticed in the last two sentences; I used the words for the most part. There are many who have traveled the road as an elected official and have had a lapse in good judgement: and yet, in most cases recover and move forward with the knowledge and experience of the pain of a bad decision.

She is and has learned that the greatest teacher is the lessons learned from making bad decisions. The lesson of fear from that knowledge of making bad decisions. Yet, I am encouraged by knowing this young lady and mother, that in all her fears of knowing that she made a bad decision that if given the chance she will find the courage to not fade in the shadows of doing nothing to improve her life and community. I am encouraging her to stand firm and remember that experience is the greatest teacher, and she has shown a willingness to learn.

I remember, it was said that if one puts their hand in the fire; that they will never get burned again. My feeling from speaking with her that she is truly sorry and sincere.

Kindest Regards,

*Ed Phillips*

Edward W. Phillips Jr

Vicky Cartwright
6366 Stonehave Lane
Bedford Heights, OH  44146

January 10, 2022

United States of America Federal Court
Honorable Associate Justice Ruiz
299 East Broward Blvd.
Courtroom 205C, Chamber 205D
Fort Lauderdale, FL  33301

Dear Honorable Justice Rodolfo A. Ruiz,

I, Vicky Cartwright am writing this letter to you to provide a character reference about Damara Holness, who I have know as a child, who I have known since she was 8 years old. She has always been respectful, kind, considerate, trustworthy and a decent person with morals. I provide this reference with knowledge of this case.

 Her mother was in an organization with me for about 20 years, she is currently in a nursing home and unable to support her daughter or grandchild.  Damara has never been in any trouble; she has supported our organization and been a large contributor to society for so many years.  Again, I have never known her to be in any trouble.   Or take anything from anyone. I realize good people do make bad choices in life. Everyone makes mistakes in life. Sometimes good people make bad choices.  This will not only affect her but the life of her child.  I am so sad for her child that will suffer the most from this situation.  Not aving a grandmother or a mother to care for her.

6134 Stumph Road #107
Parma, Ohio 44130

01/25/2022

Judge Ruiz

Your Honor:

I am writing to urge leniency in the sentencing of my close friend Damara Holness.

I have known Damara for more than 15 years, since our parents worked together in the real estate industry together. Her and I are both aware of the gravity of the crime she was convicted of, but it is still hard for me to wrap head around. This is not the "little sister" I have known for all of these years, and I'd like to give you a perspective that show she is more than the sum of her actions.

Damara has always been a little sister to me, but has always shown up to make sure her "big sister" was okay. When my father was battling cancer, and her own mom was ill, Damara still constantly checked in on my family and I. In those times, she could have put herself first, but she did not. Damara has always exemplified selflessness. We have traveled the world together, cried together, and laughed together. I remember when Damara flew to Cleveland for my 16th birthday, and saw snow for the first time, and made a snow angel, my heart was so warm to see her smile from ear to ear as she appreciated something us Ohioans take for granted.

Damara is the first to admit that she was wrong, and that she knew better. She knows she is better than that, she was raised better than that, and I know for a fact, she is better than that. Damara has a baby girl that is looking up to her, and I know in her heart there is nothing she wants more than to raise her daughter.

I understand the seriousness of Damara's conviction, but given her close ties to the community, her leadership, dedication, and faith, I strongly believe that a lesser sentence is most appropriate in this situation.

Sincerely,

Lauren Somerville

January 25, 2021

Judge Ruiz

Your honor,

Please forgive my delay in writing this letter to you regarding my stepdaughter Damara Holness. As a mother I was shocked to learn of this entire situation and greatly disappointed in my child that we are even here today. Especially considering the fact she now has a 1-year child to care for; that breaks my heart to think she could be without her mother for any length of time. To watch how close they are and how that baby girl cries the moment her mom moves away, even if just to the other room, I can't imagine her longing for her and wondering where she is and when she is coming back.

However, I also know that none of that is your concern. Damara made a horrible decision to do something as a young adult she had to know was wrong but having been a young mom I can also understand fear of being pregnant, not sure the father will be present, and feeling like you are totally alone. Fear can make you do stupid things sometimes and certainly cloud our better judgment.

I know Damara was afraid, she felt alone, still struggling with the loss of her closest sibling David and no work coming in, no money, no support from people she thought would be there for her, so she made a bad decision thinking it was the only way to take care of herself and the baby she now had on the way. I know she wishes she would have trusted the Lord more, believed that no matter what he will always make a way for you. But just like so many of us in a moment of weakness and overwhelming fear she made the wrong decision thinking there was no other way. A moment of desperation and hopelessness does not make a person's character.

I am not asking for her to not be held accountable for her actions, but only that you find it in your heart to be lenient in this situation. She did not do this with a criminal mind and callousness but as a young pregnant woman who felt alone and desperate to survive and provide for herself and the baby she had on the way.

I appreciate you taking the time to read this and do apologize for my delay in sending it, but it has been a very hard time for Damara and this family the past few years. With the loss of her closest sibling David, illness of her mother and other challenges she has faced alone as a young woman I know there were times when she felt completely alone. I've watched Damara now for over 10 years and I know this is not who she is at her core. It is not her character nor how she was raised and loved. Please be lenient in the time she may have to serve and maybe find some other more productive way for Damara to pay back her debt to society and learn and grow from this? Surely there are community service organizations that she could help aide with, women and children's services, something more productive to ensure she learns there are other people that are in more challenging situations than you and they find the faith to endure the trial.

Thank you for your time,

*Kimberly Williams Holness*

Kimberly Williams Holness

January 8, 2022

Dear Your Honor Ruiz,

My name is Sade Kong the oldest sister for Damara Holness. We grew up together with our mom Maria Kong- Holness. Our mom was also a single mother raising us and working two jobs while I watched Damara at home. She when to a private school called Blake until she was ready for high school. She then attended Ft Lauderdale High School. She then followed in our mom floor steps in doing real estate. There she branched off in being an entrepreneur. I am proud of where my little sister accomplishments, but I know she's ended up in this sad hump.

I remember when I was homeless it was Damara that took me in off the streets. She kept a roof over my head until I got on my feet again. She also followed in my footsteps in taking care of her younger brother when his mom passed away. She is all about her family and would do nothing but help to protect us. Now we are coming together to help protect her from being in harm's way.

To continue our mom Maria Kong- Holness is in a nursing home fight with Alzheimer's disease. She's been in there now for over a year and we do visits to help our mom remember us not to mention Damaras newly daughter. Damara has all the strength when she goes to the home because I can't bare to see my mother there. Mom isn't in the best stage in her life, but we make the best of her situation with continued love to her. I ask myself all the time how Damara do it.

Damara is truly a gem in our family. If it wasn't for her, I wouldn't be an aunt. Not to mention that she is a newly single mother. I have never seen her this happy to be a mom. I am begging for her to have another opportunity to prove herself to everyone that she is this amazing mother/sister/businesswoman that I know she is. I pray that you find it in your heart to make her continue to raise her daughter. I have seen my sister help her local communities. She is my everything and always been a judge free person in all my decisions in life. Again, I humbly asking for my little sister to be in both Amara and my life without any separation.

Yours truly,

*Sade' Kong*

Sade' Kong

707 SW 70 Ave

North Lauderdale, FL 33068

Mr. Percy L. Johnson

7956 Exeter Blvd. West

Tamarac, FL 33321

(954) 380-2378

Johnsonpercy097@gmail.com


United States of America Federal Court

Honorable Associate Justice Ruiz

299 East Broward Blvd. Courtroom 205C, Chamber 205D

Fort Lauderdale, FL 33301

Dear Hon Justice Rodolfo A. Ruiz II,

I have personally known Ms. Damara Holness as a good friend and neighbor for six years. I was both troubled and surprised to hear about her case as she has always been a rather intelligent, compassionate, and hardworking woman. It's for this reason, I am happy to write a letter of reference for Ms. Damara Holness regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Ms. Damara Holness has always been a respected and upright character in the community. In our friendship, she has really been there for me, especially when I had housing issue and she offered to take me in after I suffered a loss of a partner and dear friend. She is so compassionate towards others. She helped organize several food and supplies drives for people suffering from being homeless, living with HIV and AIDS, and poor families struggling to survive in these times. She has continued to be a good and dear friend to me. Ms. Damara Holness, has a child today, and I believe a mother should be with her child. We must make an effort to keep this family together.

In addition to our friendship, she is one of the upcoming rising leaders of tomorrow in the community. While it is unfortunate that she has made some bad decisions, she is still a caring person in the community. Ms. Damara Holness, being the human being, I know her to be it's no surprise that she is ready to take full responsibility for her actions. I believe as we move forward, she will emerge as a better person, In short, Ms. Damara Holness, expressed deep sense of remorse in making such serious mistakes and I believe in her ability to pay this debt to the United States of America.

It's my since of hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Ms. Damara Holness to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

Percy L. Johnson

1/11/22

To Honorable Judge Ruiz,

I have known Damara Holness as a good friend and neighbor for over 20 years I was both troubled and surprised to hear about her recent case as she has always been a rather solid person.it is for this reason I am ecstatic to write a letter of reference for Ms. .Holness regarding this matter. I understand the seriousness of this matter however; hope the court will show some leniency.

Damara Holness has always been an upright character in the community. In our friendship she has always been there for me, especially when the company I've worked for closed down, she has showed a great amount of support during that time. She has really been a great friend over the years.

In addition to our friendship she is usually an upstanding member in our community, while it is unfortunate that she has made a bad decision thus resulting in this case. While I was surprised to hear of the misconduct, it comes with no surprise that she is ready to accept responsibility for her actions. In short Damara has expressed deep sense of remorse in making such a serious mistake and I believe in her ability to pay her debt to society.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Damara to be an honorable individual and valuable member of the community,

Sincerely,

Eddie Desravines