Dear Judge Ruiz,

     I am writing this letter in the hopes that it will help you to see what kind of person Damara Holness is, despite the transgressions that led us all to this point. I have had the pleasure of knowing Damara for four years and counting. I have enjoyed getting to know her and being able to acknowledge her as my friend. She is one of the most admirable individuals that I know and an amazing mother. Damara and her daughter Amara share such a deep connection. To see them laugh and love one another is like an everlasting bed of roses, that continues to blossom. The trials of honesty, sensibility, responsibility, and strength best describe Damara. She is also the most reliable person that I know and has a gift for being tactful with her trustworthiness. She is a very well-grounded person. She holds fast to her morals yet keeps an open mind to others' opinions. She has always proven to be a responsible person that keeps to her word.

     Alongside Damara and I's friendship, we share a work life as well. Damara has been an amazing boss, and I am extremely grateful for her bringing me on the team and allowing me to assist her with Tradelines and Credit Repair LLC. Her boss ethics have truly inspired me to someday start a business of my own. When you think of "boss", they are usually associated with someone that is hard to deal with and believes their role in the company makes them infallible. In Damara's case, she is the complete opposite. She is patient and kind. As the great boss that Damara is, she leads the team in a common and unified direction with a clear understanding of the big picture regarding the company including the company's vision, mission, and strategic goals.

     I can tell you without a doubt that Damara is incredibly remorseful for what she has done. She has expressed this too many times, and I believe it has been reflected in her efforts to make amends. It was a childish mistake, but Damara deserves a second chance. I hope you will be willing to give her leniency.


Sincerely,
Demi Benjamin

Dear Judge Ruiz,

Damara Holness is a person that goes above and beyond to volunteer and help people. I have personally watched her take charge and lead people. Damara is very passionate about standing up for people and for what's right. I have been led by her plenty of times as we volunteered for many different causes. Damara has even inspired my 8 year old daughter to get out there and make her voice heard, as she volunteered with us.

I respect Damara so much because I have seen her stand up for people, and get passionate when she sees wrong doing. She is a hard worker, kind, caring, and a very ambitious person, and I believe that she should get another chance. The biggest thing that I can say about Damara, like myself is that she is a great parent, she is a great mother. She has a duty and obligation to be there for her daughter, and I hope that you can find it in your heart to give her another chance as she deserves it honestly.

Damara has done so much good, and I hope one day to see her reach her full potential. Damara is on track to becoming her best self for not only her, but her daughter. Please all I ask is that you help prevent her daughter from becoming another statistic to broken families through incarceration. One bad decision has the power to destroy your life, but knowing the kind heart she has, I plead with you to take it easy as I'm sure she has made a bad decision. Thank you for any considerations.

Sincerely,
Chaun Vernon

Damara character letter

To whom it concerns,

I have been acquainted Damara Holness for a few years. I've admired her insightfulness and community activism.

Have experienced assisting her in passing out turkeys and canned goods to those in need during the Holidays.

I have traveled with her in the past for a congressional session regarding the current political environment of our country.

She is an attentive and loving mother and provider to her newborn daughter. There is much more I see in her future of continuing contributions to society and raising her child.

Sincerely,

Roderick C. Kemp

Dear Judge Ruiz,

This letter is regarding Damara Holness. Damara has a court date for sentencing this month I believe on January 20th. I wanted to provide some character information about her as someone who has known her for quite some time. Damara is a very caring, kind and compassionate person. Over my years of knowing her, she always wanted to serve and help her community. She has participated in numerous civic organizations and community service activities to help those in need. Life has many lessons to which we can learn from and I believe she will grow and blossom as she moves forward. I am hoping that some counseling services will be provided as well through this journey to help her overcome any underlying issues that may be there. Thank you for your time in reading my letter.

Sincerely,

Jeptha "Jeff" Holness

Office:

1317 N University Dr

Coral Springs, Florida 33071

954 494 1420 Cell

January 23, 2022

To Whom It May Concern:

This letter serves as my personal character reference for Ms. Damara Gabriella Augustina Holness. Damara is my 2nd daughter with my former wife Maria Kong-Holness. Her mother is currently confined to a health care facility for Dementia and does not recognize her own daughter. Damara is a dedicated and hard working individual. She currently is a licensed Real Estate Agent who is looking forward to the continued advancement of her career to become a Real Estate Broker. She has a strong entrepreneurial spirit and I hope one day that she will be a successful business woman.

Damara has always been involved in service to the community since she was very young through various organizations. She served as President of Student Government and Secretary for her graduating class at Ft Lauderdale High School and later as President of the Broward County Democratic Black Caucus. She attended FAMU and Broward College and still aspires to complete her college degree.

Damara is a loving and caring mother to her 15 month old daughter Amara Julianna. I hope that she will be given every act of leniency possible in her sentencing, so that she may be able to continue to provide the support for her daughter to become a successful and productive citizen.

I and the members of her family will be here to support Damara through this process of redemption. Her first step in redeeming herself has already begun in that she has accepted responsibility for her mistake as she moves forward with her life. She is making changes in her life so as to provide proper care for her daughter and herself.

Thank you for your kind consideration.

Sincerely,

Dale V.C. Holness, Father
Former Broward County Mayor
Former Broward County District 9 Commissioner

6134 Stumph Road #107
Parma, Ohio 44130

01/25/2022

Judge Ruiz

Your Honor:

I am writing to urge leniency in the sentencing of my close friend Damara Holness.

I have known Damara for more than 15 years, since our parents worked together in the real estate industry together. Her and I are both aware of the gravity of the crime she was convicted of, but it is still hard for me to wrap head around. This is not the "little sister" I have known for all of these years, and I'd like to give you a perspective that show she is more than the sum of her actions.

Damara has always been a little sister to me, but has always shown up to make sure her "big sister" was okay. When my father was battling cancer, and her own mom was ill, Damara still constantly checked in on my family and I. In those times, she could have put herself first, but she did not. Damara has always exemplified selflessness. We have traveled the world together, cried together, and laughed together. I remember when Damara flew to Cleveland for my 16th birthday, and saw snow for the first time, and made a snow angel, my heart was so warm to see her smile from ear to ear as she appreciated something us Ohioans take for granted.

Damara is the first to admit that she was wrong, and that she knew better. She knows she is better than that, she was raised better than that, and I know for a fact, she is better than that. Damara has a baby girl that is looking up to her, and I know in her heart there is nothing she wants more than to raise her daughter.

I understand the seriousness of Damara's conviction, but given her close ties to the community, her leadership, dedication, and faith, I strongly believe that a lesser sentence is most appropriate in this situation.

Sincerely,

Lauren Somerville

January 25, 2021

Judge Ruiz

Your honor,

Please forgive my delay in writing this letter to you regarding my stepdaughter Damara Holness.  As a mother I was shocked to learn of this entire situation and greatly disappointed in my child that we are even here today. Especially considering the fact she now has a 1-year child to care for; that breaks my heart to think she could be without her mother for any length of time.  To watch how close they are and how that baby girl cries the moment her mom moves away, even if just to the other room, I can't imagine her longing for her and wondering where she is and when she is coming back.

However, I also know that none of that is your concern.  Damara made a horrible decision to do something as a young adult she had to know was wrong but having been a young mom I can also understand fear of being pregnant, not sure the father will be present, and feeling like you are totally alone.   Fear can make you do stupid things sometimes and certainly cloud our better judgment.

I know Damara was afraid, she felt alone, still struggling with the loss of her closest sibling David and no work coming in, no money, no support from people she thought would be there for her, so she made a bad decision thinking it was the only way to take care of herself and the baby she now had on the way.  I know she wishes she would have trusted the Lord more, believed that no matter what he will always make a way for you.  But just like so many of us in a moment of weakness and overwhelming fear she made the wrong decision thinking there was no other way.  A moment of desperation and hopelessness does not make a person's character.

I am not asking for her to not be held accountable for her actions, but only that you find it in your heart to be lenient in this situation. She did not do this with a criminal mind and callousness but as a young pregnant woman who felt alone and desperate to survive and provide for herself and the baby she had on the way.

I appreciate you taking the time to read this and do apologize for my delay in sending it, but it has been a very hard time for Damara and this family the past few years.  With the loss of her closest sibling David, illness of her mother and other challenges she has faced alone as a young woman I know there were times when she felt completely alone.  I've watched Damara now for over 10 years and I know this is not who she is at her core.  It is not her character nor how she was raised and loved.  Please be lenient in the time she may have to serve and maybe find some other more productive way for Damara to pay back her debt to society and learn and grow from this?  Surely there are community service organizations that she could help aide with, women and children's services, something more productive to ensure she learns there are other people that are in more challenging situations than you and they find the faith to endure the trial.

Thank you for your time,

*Kimberly Williams Holness*

Kimberly Williams Holness

Judge Ruiz, speaking from the heart, as a mother and grandmother I am well aware that our children make mistakes, we all make mistakes, but we learn from them. We all have experienced the pain of losing direction, but hindsight is a wonderful teacher and I know that Damara sees the lesson and the great purpose in her mistakes and is deeply remorseful and regretful of her actions. Most importantly, she has take accountability for her mistakes and is committed to seizing the opportunity to make amends for her mistakes.

Yes, Damara must make restitution and suffer the consequences of her actions. However, my biggest concern at this moment is Amara, her daughter who at the tender age of 1 year will be left motherless. Damara is a single parent and Amara needs her mother now more than ever, as she navigates her tender toddler years. I implore of you and request that you consider Amara's future as you make a decision in this case, I beg of you to mindfully consider what is in the best interest of this 1 year old child that will suffer and will be impacted for life if she loses her mother's care.

With my deepest gratitude to you, I remain.

Respectfully yours.

Dr. Joyce Nunez Gary D.Ed.,MPA

305.469.9728



Extreme Government Solutions
1773 N State Road 7, STE 101H
Lauderhill, FL 33313

FROM:
Sarai Martin
PO Box 121273
FT Lauderdale, FL 33312

Date: 01/23/22

TO:
Honorable Judge
Rodolfo Ruiz
US District Court
Southern District of Florida

REF: Damara Holness Character

Your Honor,
I am writing this letter given my dear friend, Damara Holness. Please allow me to introduce myself. I am a retired Service Disabled Veteran, with over 22 years of service, President of a multi-million-dollar company, and currently serving as an elected city commissioner.

I met Damara, in 2017 as she was leading a grass roots team for a candidate for Governor in 2018. It was during this time that I learned how talented, gifted, and professional she is. Additionally, having been a leader myself and raising leaders under my command, I observed Damara's leadership and capability years above her age. Her skills and command of multiple languages demonstrated enough for me, that I recruited her to work with our company to serve Veterans nationwide.

During her service to our Veterans, it was then that I saw the compassion and commitment to serve others and to serve the many men and women that served this country suffering from PTSD. Her contribution to our team was immeasurable! So much so, we received surveys, from Veterans, that was served by her and our team, with Damara running as lead sometimes, some of her actions, interactions, and compassion contributed to suicide prevention. I learned, in addition, to her ability to contribute to society though her civic engagements, that she was a consummate of a professional and had great commiseration for those she served. She volunteered countless times to serve the veterans, often times without sleep during a 48hr period.

Damara, like many other young people, made a bad choice. I believe she has fully accepted her responsibilities and have learned a very valuable lesson in life. She is a new mother and much more mature than she was before. For the great person, that I know her to be and all the good she's done in her life to include serving and advocating for local communities. I humbly ask for your leniency and forgiveness.

Sincerely,
Sarai Martin

Dear Judge Ruiz

I am writing this letter to bring to your light the kind of person Damara Holness is despite the charges that she has faced. Damara has always been there for my family, always willing to lend a hand.  Damara has always been an upright character in the community.

 While it is unfortunate that she has made some bad decisions, but Damara has had a tough time dealing with her brother suicide, Grandmother's death and her Mother's sickness. It has been a horrible time for Damara.

As you know, this is not only Damara's first conviction. But her first offense. Given her otherwise clean record, as well as her close ties to the community it is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Damara Holness to be an honorable individual, a valuable member of her community and a good human being.

Sincerely Alexandria Louis

